# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SONOHM LICENSING LLC,**<br><br>               Plaintiff,<br>v.<br><br>**CONTEC AMERICAS INC.,**<br><br>               Defendant. | C.A. No. 20-cv-00422-LPS<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Sonohm Licensing LLC hereby files this voluntary Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Sonohm Licensing LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

April 17, 2020

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM, P.A.

 */s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff Sonohm Licensing LLC*

SO ORDERED this _____ day of April, 2020.

_____
United States District Judge

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
